NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARON MONTERO JONES,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5025

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-215, Judge Susan G. Braden.

---

## ON MOTION

---

## O R D E R

Baron Montero Jones moves for a 30-day extension of time to file his brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Jones' brief is due within 30 days of the date of filing of this order.

FOR THE COURT

__DEC 1 4 2010__                         /s/ Jan Horbaly
Date                                     Jan Horbaly
                                         Clerk

cc:  Baron Montero Jones (Informal Brief Form Enclosed)
     Armando A. Rodriguez-Feo, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2010

JAN HORBALY
CLERK